UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15-cv-00062-MOC

| | |
|---|---|
| **GAYVENE HOAGLAND,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Commissioner's Motion for Remand. Having considered such motion and it appearing that plaintiff's concurs, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on the Commissioner's Motion for Remand to the Commissioner (#17) is **GRANTED**, the plaintiff's Motion for Summary Judgment (#11) is **DENIED** without prejudice, and this matter is, hereby, **REMANDED** for further administrative proceedings consistent with the Commissioner's motion and this Order, all in accordance with Sentence Four of 42 U.S.C. § 405(g).

Signed: March 3, 2016



Max O. Cogburn Jr.
United States District Judge